UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE THOMPSON | * | CIVIL ACTION |
| VERSUS | * | NO. 2:08-cv-125 |
| GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC. and | * | JUDGE JAMES T. TRIMBLE, JR. |
| NEWSLEADER, INC. d/b/a BEAUGEGARD DAILY NEWS | * | MAG. KATHLEEN KAY |

\* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P., Rule 7.1, defendant, Newsleader, Inc. d/b/a Beaugegard Daily News, Inc. submits this Corporate Disclosure Statement and respectfully represents as follows:

1. The named corporate defendant in the above captioned lawsuit is Newsleader, Inc. d/b/a Beaugegard Daily News.

2. With regard to Newsleader, Inc. d/b/a Beaugegard Daily News the following information applies:

    a. Is the party a publicly held corporation or other publicly held entity?

    ( ) Yes      (X) No

    b. Does the party have any parent corporations?

    (X) Yes      ( ) No.

If yes, identify all parent corporations: Gatehouse Media Louisiana Holdings, Inc.

   c. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?

    ( ) Yes   (X) No

Respectfully submitted,

UNGARINO & ECKERT L.L.C.

/s/ Bruce D. Beach
WILLIAM H. ECKERT (#18591)
BRUCE D. BEACH (#25569)
315 South College Road, Suite 239
Lafayette, LA 71106
Telephone: (337) 235-5656
bbeach@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on February 15, 2008.

    /s/ Bruce D. Beach

---