UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE THOMPSON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 08-125 |
| | * | |
| GATEHOUSE MEDIA LOUISIANA | * | JUDGE James T. Trimble, Jr. |
| HOLDINGS, INC. and | * | |
| NEWSLEADER, INC. d/b/a | * | MAG. Judge Kathleen Kay |
| BEAUGEGARD DAILY NEWS | * | |

*********************************************

## ANSWER AND REQUEST FOR TRIAL BY JURY

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc., defendants herein,

answer plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

Thompson v. Gatehouse Media Louisiana Holdings Inc et al          Doc. 5

### SECOND DEFENSE

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. deny each and every

allegation of the complaint except those allegations expressly admitted or otherwise qualified

herein.

### THIRD DEFENSE

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. aver that they are

entitled to a credit for any payments made to the plaintiff herein for damages she claims are

related to the subject accident and any individual, corporation, insurance company or any party

hereto, and that they are entitled to a credit for any future payments made.

## FOURTH DEFENSE

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. plead the doctrines of comparative negligence, plaintiff's failure to mitigate damages and third party fault which bar or completely reduce the amount of damages plaintiff is entitled to receive herein.

## FIFTH DEFENSE

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. admit the allegations in paragraph 11.

## SIXTH DEFENSE

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. deny the allegations set forth in the preamble of plaintiff's Complaint; Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. deny the allegations in paragraphs 1 through 10 and 12 through 17.

## SEVENTH DEFENSE

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. request a trial by jury.

**WHEREFORE**, Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc. pray for dismissal of plaintiff's Complaint with prejudice and at plaintiff's cost.

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

*/s/   William H. Eckert* .
***WILLIAM H. ECKERT (#18591) – T.A.***
***BRUCE D. BEACH (#25569)***
**UNGARINO & ECKERT L.L.C.**
**315 South College Road, Suite 239**
**Lafayette, Louisiana  70503**
***Telephone:***   **337/235-5656**
**Fax:**          **336/217-8616**
E-mail:  beckett@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

*/s/   William H. Eckert* .
WILLIAM H. ECKERT