UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE THOMPSON | * | CIVIL ACTION |
| VERSUS | * | NO. 08-125 |
| GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC. and | * | JUDGE James T. Trimble, Jr. |
| NEWSLEADER, INC. d/b/a BEAUGEGARD DAILY NEWS | * | MAG. Judge Kathleen Kay |

*********************************************

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P., Rule 7.1, defendant, Gatehouse Media Louisiana Holdings, Inc. submits this Corporate Disclosure Statement and respectfully represents as follows:

1. The named corporate defendant in the above captioned lawsuit is Gatehouse Media Louisiana Holdings, Inc.

2. With regard to Gatehouse Media Louisiana Holdings, Inc. the following information applies:

 a. Is the party a publicly held corporation or other publicly held entity?

 ( X ) Yes ( ) No

 b. Does the party have any parent corporations?

 ( X ) Yes ( ) No.

Thompson v. Gatehouse Media Louisiana Holdings Inc et al    Doc. 6

Dockets.Justia.com

If yes, identify all parent corporations: *Gatehouse Media, Inc.*

c. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?

( X ) Yes ( ) No

<div style="float:left">

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

*/s/ William H. Eckert*
WILLIAM H. ECKERT

</div>

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

*/s/ William H. Eckert*
***WILLIAM H. ECKERT (#18591) – T.A.***
***BRUCE D. BEACH (#25569)***
**UNGARINO & ECKERT L.L.C.**
**315 South College Road, Suite 239**
**Lafayette, Louisiana 70503**
*Telephone:* *337/235-5656*
**Fax:** 336/217-8616
E-mail: beckert@ungarino-eckert.com