UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE THOMPSON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 08-125 |
| | * | |
| GATEHOUSE MEDIA LOUISIANA | * | JUDGE James T. Trimble, Jr. |
| HOLDINGS, INC. and | * | |
| NEWSLEADER, INC. d/b/a | * | MAG. Judge Kathleen Kay |
| BEAUGEGARD DAILY NEWS | * | |

*************************************************

## 28 U.S.C. 1447(b) SUBMISSION

Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc., defendants herein, file the following submission in compliance with this Honorable Court's Removal Order of February 6, 2008:

a) R. Scott Iles, Esq., P.O. Box 3385, Lafayette, LA 70506, representing plaintiff, Bonnie Thompson;

William H. Eckert, Ungarino & Eckert, 3850 N. Causeway Blvd., Ste. 1280, Lakeway II, Metairie, LA, 70002, and Bruce D. Beach, Ungarino & Eckert, LLC, 315 South College Bldg., Ste. 239, Lafayette, LA 70503; representing defendants, Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc.

b) Copies of all such records and proceedings have already been filed with the Court;

c) Copies of plaintiff's petition for damages and the state court notice of removal have already been submitted to the Court;

Thompson v. Gatehouse Media Louisiana Holdings Inc et al    Doc. 7

Dockets.Justia.com

d) A copy of the service return on defendant has already been submitted to the Court; and

e) Undersigned counsel respectfully submits that, upon information and belief, the above constitutes the entire state court record.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ *William H. Eckert*
WILLIAM H. ECKERT

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

*/s/ William H. Eckert*
*WILLIAM H. ECKERT (#18591) – T.A.*
*BRUCE D. BEACH (#25569)*
**UNGARINO & ECKERT L.L.C.**
**315 South College Road, Suite 239**
**Lafayette, Louisiana 70503**
*Telephone:* *337/235-5656*
Fax: 336/217-8616
E-mail: beckert@ungarino-eckert.com