UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE THOMPSON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 08-125 |
| | * | |
| GATEHOUSE MEDIA LOUISIANA | * | JUDGE James T. Trimble, Jr. |
| HOLDINGS, INC. and | * | |
| NEWSLEADER, INC. d/b/a | * | MAG. Judge Kathleen Kay |
| BEAUGEGARD DAILY NEWS | * | |

*********************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD AND DESIGNATE TRIAL ATTORNEY

On motion of Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, and on suggesting to the court that Matthew J. Ungarino is no longer lead trial counsel and David I. Bordelon seeks to no longer be an attorney of record for the defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, and desire to withdraw from this cause; and, further,

That William H. Eckert and Libby Heinen of Ungarino & Eckert, LLC, be enrolled as counsel of record and that William H. Eckert be designated as trial attorney for the defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News.

Thompson v. Gatehouse Media Louisiana Holdings, Inc. et al

Dockets.Justia.com

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

                     /s/ Matthew J. Ungarino
                         MATTHEW J. UNGARINO

</td><td>

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

   /s/ Matthew J. Ungarino
***MATTHEW J. UNGARINO (#15061)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7565*
**Fax:** *(504) 836-7566*
E-mail: mungarino@ungarino-eckert.com

</td></tr>
<tr><td>

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

                     /s/ William H. Eckert
                         WILLIAM H. ECKERT

</td><td>

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

   /s/ William H. Eckert
***WILLIAM H. ECKERT (#18591)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7556*
**Fax:** *(504) 836-7566*
E-mail: beckert@ungarino-eckert.com

</td></tr>
</table>