

RECEIVED
IN LAKE CHARLES, LA
APR 21 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BONNIE THOMPSON** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 08-125** |
| | * | |
| **GATEHOUSE MEDIA LOUISIANA** | * | **JUDGE James T. Trimble, Jr.** |
| **HOLDINGS, INC. and** | * | |
| **NEWSLEADER, INC. d/b/a** | * | **MAG. Judge Kathleen Kay** |
| **BEAUGEGARD DAILY NEWS** | * | |

## ORDER

Considering the foregoing Motion;

**IT IS ORDERED** by the court that Matthew J. Ungarino be permitted to withdraw as lead trial counsel and David I. Bordelon as counsel of record from the representation of defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, in this matter and that William H. Eckert and Libby Heinen of Ungarino & Eckert, LLC be substituted as counsel of record and, further, William H. Eckert be designated as trial attorney for defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, in the above entitled and numbered cause, and that all electronic notices in this case be sent to his attention and no further electronic notices be sent to Matthew J. Ungarino.

G:\Users\Private\Stephanie\DISCOVERY\MotSubstitute.Withdraw.sar.doc

THUS DONE, ORDERED AND SIGNED in chambers in Lake Charles Louisiana, this 21st day of April, 2008.

_____
MAGISTRATE JUDGE