UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BONNIE THOMPSON** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 08-125** |
| | * | |
| **GATEHOUSE MEDIA LOUISIANA** | * | **JUDGE James T. Trimble, Jr.** |
| **HOLDINGS, INC. and** | * | |
| **NEWSLEADER, INC. d/b/a** | * | **MAG. Judge Kathleen Kay** |
| **BEAUGEGARD DAILY NEWS** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**
**AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant, Gatehouse Media Louisiana Holdings, Inc. and News Leader, Inc., moves this court for an order compelling plaintiffs to respond fully and completely to Interrogatories and Request for Production of Documents which were mailed to plaintiffs' attorney of record on February 21, 2008. Plaintiffs have failed to respond to said requests. Mover requests an order of court for attorneys' fees and $500.00 for having to file this motion.

Thompson v. Gatehouse Media Louisiana Holdings Inc et al    Doc. 14

**CERTIFICATE OF SERVICE**
I hereby certify that on May 22, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ *Matthew J. Ungarino*
MATTHEW J. UNGARINO

**UNGARINO & ECKERT L.L.C.**

/s/ *Matthew J. Ungarino*
***MATTHEW J. UNGARINO (#15061)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:      (504) 836-7565**
**Fax:            (504) 836-7566**
E-mail: mungarino@ungarino-eckert.com