## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **BONNIE THOMPSON** | **CIVIL ACTION NO.  2:08CV125** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS INC E** | **MAGISTRATE JUDGE KAY** |

### NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motion to Compel filed on May 23, 2008 by Gatehouse Media Louisiana Holdings Inc, Newsleader Inc was DEFICIENT for the following reason(s):

✓     No proposed order accompanied this discovery motion. LR37.1W requires that"A proposed order shall accompany each motion filed under this paragraph."

**Please electronically submit your "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.  PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** All filing deadlines previously set remain in effect.  Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.