UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BONNIE THOMPSON** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 08-125** |
| | * | |
| **GATEHOUSE MEDIA LOUISIANA** | * | **JUDGE James T. Trimble, Jr.** |
| **HOLDINGS, INC. and** | * | |
| **NEWSLEADER, INC. d/b/a** | * | **MAG. Judge Kathleen Kay** |
| **BEAUGEGARD DAILY NEWS** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant's Motion to Compel Discovery will be brought on for hearing on the _____ day of _____, 2008 at 9:00 ____M before the Magistrate Sally Shushan, United States District Court, Eastern District of Louisiana, 500 Poydras St., New Orleans, Louisiana 70130.

**UNGARINO & ECKERT L.L.C.**

**CERTIFICATE OF SERVICE**
I hereby certify that on May 22, 2008, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

 */s/ Matthew J. Ungarino* .
     MATTHEW J. UNGARINO

 */s/ Matthew J. Ungarino* .
*MATTHEW J. UNGARINO (#15061)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7565*
**Fax:** *(504) 836-7566*
E-mail: mungarino@ungarino-eckert.com

G:\DOCS\10000's\10700-10799\10791\Motion to Compel.doc