UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

BONNIE THOMPSON     CIVIL ACTION

VERSUS     NO. 08-125

GATEHOUSE MEDIA LOUISIANA
HOLDINGS, INC. and     JUDGE TRIMBLE
NEWSLEADER, INC. d/b/a
BEAUGEGARD DAILY NEWS     MAGISTRATE KAY

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, who respectfully move this Honorable Court, pursuant to Fed. Rule Civ. P. 56(c), for summary judgment on the grounds there is no material issue of fact herein between Plaintiff and Defendants, and that Defendants are entitled to a judgment as a matter of law, dismissing Plaintiff's demands against them, at Plaintiff's costs.

Respectfully submitted:

UNGARINO & ECKERT, LLC

s/William H. Eckert
**WILLIAM H. ECKERT** (#18591)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
Email: *beckert@ungarino-eckert.com*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on August 19, 2008.

s/William H. Eckert
WILLIAM H. ECKERT

AND

**ROBIN L. JONES (#25735)**
**315 South College Road, Suite 239**
**Lafayette LA 70503**
**(337) 235-5585**
**FAX: (336) 217-8616**
**E-mail:** *rjones@urgarino-eckert.com*