

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **BONNIE THOMPSON** | **CIVIL ACTION NO. 2:08CV125** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS INC ET AL** | **MAGISTRATE JUDGE KIRK** |

### NOTICE OF MOTION SETTING

The motion **for Summary Judgment** (Document No. 17) filed by **Gatehouse Media Louisiana Holdings Inc and Newsleader Inc** on **August 19, 2008** will be placed on the court's next motion calendar, which is **October 8, 2008**.

Responses to said motion are due within 15 days after service of the motion in accordance with LR7.5W. A reply to the response may be filed within ten (10) calendar days after filing of the response. Leave of court will be required to file any additional briefs. At the close of the briefing time, the record will be submitted to the Court for consideration. Responses not timely filed may not be considered by the Court. **NO ORAL ARGUMENT WILL BE HEARD** unless you are notified to the contrary.

**ORIGINAL** responses and briefs may be electronically filed or mailed for filing to:

U.S. Clerk of Court **(Alex, Mon, S'port cases)**
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

U.S. Clerk of Court **(Laf & LC cases)**
800 Lafayette St., Ste. 2100
Lafayette, LA 70501

Counsel is hereby reminded of its obligation, under Local Rule 7.1W, to provide courtesy copies of all motions, responses, attachments and exhibits to Judge Trimble's chambers in either Lake Charles or Alexandria, as appropriate in each case. Voluminous exhibits are to be submitted on disc. Failure to provide the required copies to chambers may result in delay in the disposition of your motion.

| | |
|---|---|
| **Hon. James T. Trimble, Jr.** | **Hon. James T. Trimble. Jr.** |
| **United States District Judge** | **United States District Judge** |
| **611 Broad St., Suite 237** | **P.O. Box 1031** |
| **Lake Charles, LA 70601** | **Alexandria, LA 71309** |

THUS DONE August 19, 2008.

ROBERT H. SHEMWELL
CLERK OF COURT

COPY SENT
DATE:        August 19, 2008
BY:          lw
TO:          JTTJR, T.Benoit