UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **BONNIE THOMPSON** | **CIVIL ACTION 2:08CV125** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS INC.** | **MAG. JUDGE KAY** |

## O R D E R

On May 23, 2008, a **MOTION TO COMPEL** was filed by Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. No proposed order accompanied this motion as required by **LR37.1W.** Movers were informed of this deficiency on May 23, 2008, but have failed to correct it. Accordingly,

**IT IS ORDERED** that the **MOTION TO COMPEL** filed by Gatehouse Media Louisiana Holdings Inc. and Newsleader, Inc. on May 23, 2008, be and is hereby stricken from the record.

Lake Charles, Louisiana this 9th day of September, 2008.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE