U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 1 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNGARINO & ECKERT, L.L.C.
ATTORNEYS AT LAW
*New Orleans Office*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT ‡
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON ‡
BRUCE D. BEACH *
DAVID P. SULLIVAN †
DAVID C. KIMMEL
ROBIN L. JONES
ALAN C. GOODMAN ‡

\* Admitted in Louisiana & Texas
‡ Admitted in Louisiana & Mississippi
† Admitted in Mississippi

## LOUISIANA OFFICES
*New Orleans   Baton Rouge*
*Shreveport    Lafayette*

## MISSISSIPPI OFFICES
*Jackson    Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7656
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

September 16, 2008
**Via facsimile (337) 437-3899**

STEPHEN M. GELE
DAVID I. BORDELON
IMELDA T. FRUGE, R.N.
JAMES M. BENSON
DONALD R. KLOTZ, JR.
J. MICHAEL NASH

K ELIZABETH HEINEN
RHONDA J. THOMAS, R.N. †
KELLY O. THIBEAUX
DANIEL G. COLLARINI
PAUL J. HAMMER

SPECIAL COUNSEL
KAREN G. ARENA
HELEN H. BABIN
SHELLY E. CHIAFFETTA

Honorable James T. Trimble, Jr.
Western District of Louisiana
237 Edwin R. Hunter, Jr. Federal Bldg.
611 Broad Street
Lake Charles, LA 70601

    RE:    Bonnie Thompson vs.
            Gatehouse Media Louisiana Holdings, et al.
            USDC Docket No. 08-125
            Claim No. 684214624
            Our File No. 82-10791

Dear Judge Trimble:

    We represent Defendants', Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, in the above captioned matter. This matter is scheduled for trial on November 17, 2008. Defendants respectfully request that a Pre-trial Conference be scheduled at your earliest convenience. Thank you for your assistance in this matter.

    With kind regards, I remain

                                  Sincerely yours,

                                  William H. Eckert

WHE:RLJ/lcd
cc:    Mr. R. Scott Iles