U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 16 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BONNIE THOMPSON** | : | **DOCKET NO. 08-125** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## MINUTE ENTRY

At the request of defense counsel, a pretrial telephone conference is set for October 9, 2008 at 10:30 a.m. Mr. William H. Eckert will initiate the call to include all parties, Judge Trimble at 318-373-7375 and Toni Petrofes at 337-437-3884.