UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| BONNIE THOMPSON | CIVIL ACTION |
| VERSUS | NO.   08-125 |
| GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC.  and | JUDGE TRIMBLE |
| NEWSLEADER, INC. d/b/a BEAUGEGARD DAILY NEWS | MAGISTRATE KAY |

## MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, come Defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, who respectfully move this Honorable Court to grant a Motion in Limine on the matters more fully set forth in the attached memorandum.

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

 /s/William H. Eckert                        .
*WILLIAM H. ECKERT (#18591)*
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  *(504) 836-7556*
Fax:   (504) 836-7566
Email:  *beckert@ungarino-eckert.com*

**AND**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on September 18, 2008.

___/s/ William H. Eckert            .
         WILLIAM H. ECKERT

***ROBIN L. JONES (#25735)***
**315 South College Road, Suite 239**
**Lafayette  LA  70503**
**(337) 235-5585**
**FAX:  (33_6_) 217-8616**
**E-mail:**  *rjones@ungarino-eckert.com*