**ORIGINAL**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

BONNIE THOMPSON　　　　　　　　　　*　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　*　　NO. 08-125

GATEHOUSE MEDIA LOUISIANA　　　　　 *　　JUDGE TRIMBLE
HOLDINGS, INC. and
NEWSLEADER, INC. d/b/a　　　　　　　 *　　MAGISTRATE KAY
BEAUREGARD DAILY NEWS

* * * * * * * * * * * * * * * * * * *

                 * * *

     The deposition of **BONNIE D. THOMPSON**, taken in connection with the captioned cause, pursuant to the following stipulation before Susan M. Underwood, Certified Court Reporter, at The Law Office of R. Scott Iles, 411 Mahlon Street, DeRidder, Louisiana, on the 24th day of April 2008, beginning at 10:35 a.m.



**SUSAN M. UNDERWOOD**
Certified Court Reporter
122 Boone Road
Scott, LA 70583
(337) 572-9683

1  Q   So you're actually out there on the streets
2      hustling business --
3  A   Yes.
4  Q   -- and talking to the customers and
5      generating --
6  A   Yes.
7  Q   -- income; is that correct?
8  A   Yes, that's correct.
9  Q   How are you paid by <u>Your Hometown Shopper</u>?
10 A   Generally, I don't take much pay. What I
11     take is gas allowance or lunches or
12     whatever. My husband takes care of needs.
13     I put everything back into the business
14     really, but I don't take a whole lot. It
15     just depends on the revenues and the cash
16     flow.
17 Q   And would your tax returns reflect any net
18     income either for the business -- let me
19     break it down. Do your tax returns reflect
20     net income for the business?
21 A   Yes.
22 Q   And do your tax returns reflect net income
23     to you individually?
24 A   Probably -- no, it does not. I put it in as
25     car allowance.

```
 1  Q   Do you draw any type of salary at all?
 2  A   No.
 3  Q   So you work for free?
 4  A   Pretty much, but hopefully, it'll pay off
 5      one day.
 6  Q   Okay. And the 2006 through 2007 documents
 7      that you've produced for us, are these the
 8      best years ever for --
 9  A   Oh, no.
10  Q   -- Your Hometown Shopper, or is it the worst
11      years?
12  A   No. It's about average I guess, a little
13      bit down from -- it's been a little down
14      since Rita actually, since '95 -- 2005.
15  Q   And how far back do your Quick Books records
16      go?
17  A   Probably to '97, 1997. But now let me
18      clarify that. I've had several computer
19      crashes. I have some backup materials to
20      '97. I'm thinking that the ones that I can
21      access at this point goes back to about 1995
22      or '94.
23  Q   1995 or 2005?
24  A   No, I'm sorry. 2005 -- 2004. I apologize.
25  Q   Okay. That's all right. So what you're
```

1 describing to me is Your Hometown Shoppers'
2 sales, I guess, were down Twenty Thousand
3 Dollars ($20,000.00)?
4 A Yes.
5 Q But for you, you personally or individually,
6 since you don't draw an income or salary,
7 has there been any change in that?
8 A Not really. As far as -- I mean, there's
9 just not as much. You know, when you have
10 that much less with the size, you have that
11 much less for other things, but generally, I
12 use mine as expenses, so it really hasn't
13 changed that much for me.
14 Q Okay.
15 A No.
16 Q And then before Your Hometown Shopper, you
17 were with Beauregard Daily News for how many
18 years, 27?
19 A Twenty-seven years. And after that, I did
20 go to work for Don's Home Furnishings
21 probably in about May of 2006 -- I'm sorry,
22 1996. I went to work for Don's Home
23 Furnishings.
24 Q When you were -- you said that Beauregard
25 Daily News has been at its current location