## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| **BONNIE THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.  08-125** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC.  and** | **JUDGE TRIMBLE** |
| **NEWSLEADER, INC. d/b/a BEAUGEGARD DAILY NEWS** | **MAGISTRATE KAY** |

## MOTION TO STRIKE

NOW INTO COURT, through undersigned counsel, come Defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, who respectfully move this Honorable Court to grant a Motion to Strike the Affidavit of Bonnie Thompson which was submitted by Plaintiff in opposition to Defendants' Motion for Summary Judgment for the reasons more fully set forth in the attached memorandum.

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

 /s/William H. Eckert                .
*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  *(504) 836-7556*
Fax:   (504) 836-7566
Email:**  *beckert@ungarino-eckert.com*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on September 29, 2008.

     /s/ William H. Eckert         .
            WILLIAM H. ECKERT

**AND**

***ROBIN L. JONES** (#25735)*
**315 South College Road, Suite 239**
**Lafayette  LA  70503**
**(337) 235-5585**
**FAX:  (336) 217-8616**
**E-mail:**  *rjones@ungarino-eckert.com*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **BONNIE THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-125** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC. and** | **JUDGE TRIMBLE** |
| **NEWSLEADER, INC. d/b/a BEAUGEGARD DAILY NEWS** | **MAGISTRATE KAY** |

**ORDER**

Considering the foregoing Motion to Strike filed by Defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News;

**IT IS HEREBY ORDERED** that Plaintiff, BONNIE THOMPSON, appear and show cause on the _____ day of _____, 2008 at _____ o'clock a.m./p.m. why Defendants' Motion to Strike should not be granted.

**THUS DONE AND SIGNED** in Lake Charles, Louisiana, this ____ day of _____, 2008.

_____
**U.S. DISTRICT JUDGE**