

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **BONNIE THOMPSON** | **CIVIL ACTION NO. 2:08CV125** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS INC E** | **MAGISTRATE JUDGE KAY** |

## NOTICE OF MOTION REFERRED TO CHAMBERS

The motion to strike (Document No. 26) filed by Gatehouse Media Louisiana Holdings Inc, Newsleader Inc on September 29, 2008 has been referred to the Honorable James T. Trimble, Jr. due to the motion setting of October 8, 2008.

### Deadlines

Responses to said motion are due within fifteen (15) days after service of the motion in accordance with LR 7.5W. A reply to the response may be filed within ten (10) calendar days after the filing of the response. Leave of court will be required to file any additional briefs. At the close of the briefing time, the record will be submitted to the court for consideration. Responses not timely filed may not be considered.

### Oral Argument

While it is generally the policy of this court to decide motions on the basis of the record, any party may request oral argument by motion if it feels that the court would benefit from such proceedings. The court will notify all parties of its decision to grant or deny oral argument. Briefs filed in support or opposition of any pending motion should fully address all pertinent issues. The court will, whether on the basis of the record or oral argument, issue its ruling in due course with notice to all parties.

### Courtesy Copies Required

Counsel are reminded of their obligation, under LR 7.1W, to provide courtesy copies of all motions, responses, attachments and exhibits to chambers in either Lake Charles or Alexandria, as appropriate in each case. Voluminous exhibits are to be submitted on disk. Failure to provide the required copies to chambers may result in a delay in the disposition of the motion.

| | |
|---|---|
| Hon. James T. Trimble, Jr. | Hon. James T. Trimble, Jr. |
| United States District Judge | United States District Judge |
| 611 Broad St., Suite 237 | P.O. Box 1031 |
| Lake Charles, LA 70601 | Alexandria, LA 71309 |

**DATE OF NOTICE: September 30, 2008.**

ROBERT H. SHEMWELL
CLERK OF COURT