U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT - 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE THOMPSON | : | DOCKET NO. 08-125 |
| VS. | : | JUDGE TRIMBLE |
| GATEHOUSE MEDIA LOUISIANA HOLDINGS, INC., ET AL | : | MAGISTRATE JUDGE KAY |

## MINUTE ENTRY

Pursuant to a request by the parties, the pretrial telephone conference currently set for October 9, 2008 is hereby rescheduled for Friday, October 10, 2008 at 10:30 a.m.