U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT - 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BONNIE THOMPSON** | : | **DOCKET NO. 08-125** |
| VS. | : | **JUDGE TRIMBLE** |
| **GATEHOUSE MEDIA LOUISIANA HOLDINGS INC., ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to strike (doc. #26) is hereby **DENIED** in part and **GRANTED** in part. The motion is granted to the extent that the Court will strike from the Affidavit of Bonnie Thompson the following paragraph:

> "... That to her knowledge, Peggy Waldrup witnessed filler material after the accident which was actually used and filled in the hole where she actually fell. Accordingly, it would have been impossible for the defendants' expert to have done a critical analysis of the accident site because of material alterations and safety changes made after the fact."[1]

Otherwise, the motion is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #17) is hereby **GRANTED** dismissing with prejudice all claims of plaintiff, Bonnie Thompson, asserted against defendants, Gatehouse Media Louisiana Holdings, Inc. and Newsleader, Inc. d/b/a Beauregard Daily News, at Plaintiff's costs.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of

---

[1] Plaintiff's Exhibit A, ¶ 5.

October, 2008.

                                                    _____
                                                    JAMES T. TRIMBLE, JR.
                                                    UNITED STATES DISTRICT JUDGE