U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 3 0 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

### LOUISIANA OFFICES
*New Orleans    Baton Rouge*
*Shreveport    Lafayette*

### MISSISSIPPI OFFICES
*Jackson    Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7556
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

MATTHEW J. UNGARINO
WILLIAM H. ECKERT ‡
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON ‡
BRUCE D. BEACH *
DAVID P. SULLIVAN ‡
DAVID C. KIMMEL
ROBIN L. JONES
ALAN C. GOODMAN ‡

* Admitted in Louisiana & Texas
‡ Admitted in Louisiana & Mississippi
† Admitted in Mississippi

STEPHEN M. GELÉ
DAVID I. BORDELON
IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON
DONALD R. KLOTZ, JR.
J. MICHAEL NASH

K. ELIZABETH HEINEN
RHONDA J. THOMAS, R.N. ‡
KELLY O. THIBEAUX
DANIEL G. COLLARINI
PAUL J. HAMMER

SPECIAL COUNSEL
KAREN G. ARENA
HELEN H. BABIN
SHELLY E. CHIAPPETTA

October 28, 2008

Clerk of Court
United States District Court
Western District of Louisiana
611 Broad Street
Lake Charles, LA 70601

    RE:    Bonnie Thompson vs. Gatehouse Media Louisiana Holdings, et al.
            USDC Docket No. 08-125
            Claim No. 684214624
            Our File No. 82-10791

Dear Sir or Madam:

    Please file this correspondence into the above-captioned suit record indicating that effective October 31, 2008, our Lafayette address and contact information will be:

    Ungarino & Eckert, LLC
    200 W. Congress Street, Suite 650
    Lafayette, LA 70501

The telephone and fax number will not change.

If you have any questions, please do not hesitate to contact me.

With kind regards, I remain

Sincerely yours,

William H. Eckert

WHE/aar

cc: R. Scott Iles, Esq.