$455.00 Pd

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 10 2008

ROBERT H SHE.....
BY _____ 
SHREVEPORT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

Bonnie Thompson

VERSUS

Gatehouse Media Louisiana Holdings, Inc. et al

CASE NO. 2:08-CV-0125

JUDGE James T. Trimble, Jr.

MAG. JUDGE Kay

## NOTICE OF APPEAL

Notice is hereby given that Bonnie Thompson
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

Judgment
(order); (judgment)

entered in this action on October 30, 2008
(date)

Signed this 7th day of November, 20 08.

_____
Attorney/Pro Se Litigant (Signature)

R. Scott Iles
Name (printed)

1200 W. University Ave.
P.O. Box 3385
Address
Lafayette, LA 70502-3385

Phone 337-234-8800




Board Certified
National Board of Trial Advocacy

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 10 2008

ROBERT H SHEMWELL, CLERK
BY_____ DEPUTY
        SHREVEPORT

Lafayette, Louisiana
November 7, 2008

Clerk of Court
United States District Court, Western Div.
Edwin F. Hunger, Jr. United States
Courthouse and Federal Building
Suite 188
611 Broad Street
Lake Charles, LA 70601

        Re:    Bonnie Thompson vs. Gatehouse Media, et al
              USDC Docket No.: 08-125

Dear Sir/Madam:

     Please find enclosed the original Notice of Appeal along with my firm's check no. 17649 in the amount of $455.00 representing payment of fees associated with the appeal of the above captioned matter.

     If there are any questions, please do not hesitate to contact my office.

                                          Yours very truly,

                                          R. Scott Iles

RSI/gmd
cc:    Bonnie Thompson
       William H. Eckert
       Robin Jones
Enclosure

(337) 234-8800 • Fax (337) 234-4080
P. O. Box 3385 • Lafayette, Louisiana 70502 • 1200 West University Avenue • Lafayette, Louisiana 70506

411 Mahlon Street • DeRidder, Louisiana 70634 • (337) 462-0061 • Fax (337) 462-0790
E-mail Address: rsiles@bellsouth.net