*Jake Charles*



Reply@lawd.uscourts.gov
11/14/2008 02:21 PM
U.S. DISTRICT COURT
ERN DISTRICT OF LOUISIAN/
RECEIVED

**NOV 21 2008**

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

To   Clerk@lawd.uscourts.gov
cc
bcc

**08-31126**

Subject   Activity in Case 2:08-cv-00125-JTT-KK Thompson v. Gatehouse Media Louisiana Holdings Inc et al Notice of Appeal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Western District of Louisiana**

### Notice of Electronic Filing

The following transaction was entered on 11/14/2008 at 2:21 PM CST and filed on 11/10/2008
**Case Name:**       Thompson v. Gatehouse Media Louisiana Holdings Inc et al
**Case Number:**     2:08-cv-125
**Filer:**           Bonnie Thompson
**WARNING: CASE CLOSED on 10/03/2008**
**Document Number:** 33

**Docket Text:**
**NOTICE OF APPEAL as to [31] Order on Motion to Strike,, Order on Motion for Summary Judgment, by Bonnie Thompson. FEE STATUS: PAID. Appeal Record due by 11/25/2008. (crt,Lundy, N)**

**2:08-cv-125 Notice has been electronically mailed to:**

William H Eckert  beckert@ungarino-eckert.com, arhodes@ungarino-eckert.com

Randall Scott Iles  rsiles@bellsouth.net

Robin Lynn Jones  rjones@ungarino-eckert.com

David Ira Bordelon (Terminated)  dbordelon@ungarino-eckert.com