

# United States District Court

OFFICE OF THE CLERK

## Western District of Louisiana

December 30, 2008

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-866-323-1101*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*1-866-323-1101*

Hon. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA   70130

RE:          Thompson v Gatehouse Media
             USDC#   2:08cv0125       USCOA#   08-31126

Dear Sir:

In connection with this appeal, the following items are being transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

        Record on appeal including updated docket entries, consisting of:

             1 volume of record

*Paper record on appeal held in District clerk's office.  Certified electronic copy this date.

                              Very truly yours,

                              ROBERT H. SHEMWELL, Clerk of Court

                              BY:_____S/ Nancy Lundy_____
                                    Nancy Lundy, Deputy Clerk

nl
Enclosures

Dockets.Justia.com