U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 5 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

U.S. COURT OF APPEALS
FILED
JAN 8 2009
CHARLES R. FULBRUGE III
CLERK

08 CV 0125

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 08-31126

BONNIE THOMPSON

           Plaintiff-Appellant

v.

GATEHOUSE MEDIA LOUISIANA HOLDINGS INC; NEWSLEADER INC, doing business as Beauregard Daily

           Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:08-CV-125

Before HIGGINBOTHAM, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:

  This court must examine the basis of its jurisdiction, on its own motion if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (1987) (per curiam). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this civil action alleging personal injury, the district court entered final judgment dismissing the complaint on October 6, 2008. Therefore, the final day for filing a timely notice of appeal was November 5, 2008. The plaintiff's notice of appeal was filed on November 10, 2008, and although the notice of appeal states that the judgment was entered on October 30, 2008, the district court

docket sheet indicates it was entered October 6. The plaintiff offers no justification for this discrepancy. The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 127 S. Ct. 2360, 2366 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

APPEAL DISMISSED.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 5 2009

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

## *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 8, 2009

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Shreveport
United States District Court
Suite 1167
300 Fannin Street
Shreveport, LA 71101

      No. 08-31126 Thompson v. Gatehouse Media LA
      USDC No. 2:08-CV-125

Enclosed is a certified copy of the judgment issued as the mandate.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

                By: _____
                    Misty Fontenot, Deputy Clerk
                    504-310-7716

cc: w/encl:
   Mr Randall Scott Iles
   Mr William Harry Eckert
   Ms Kelly Elizabeth Heinen

MDT-1